# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LOVERING-JOHNSON, INC., a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COTTAGES OF MARTINSBURG, LTD., a limited Partnership,<br><br>Defendant. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD<br><br>CASE NO. 00-CV-2778 JMR/FLN |

NOW COME Plaintiff, Lovering-Johnson, Inc., a Minnesota Corporation ("Plaintiff"), and Defendant, Cottages of Martinsburg, a Limited Partnership ("Defendant") (jointly, the "Parties"), by counsel, and respectfully move for an extension of time in which the Defendant may serve its answer or other responsive pleading for fifteen (15) days, through and including February 16, 2001. In support of this Stipulation and Order, the Parties respectfully show unto the Court the following:

1. Pursuant to the Summons served in this case, Defendant must answer or otherwise plead by February 1, 2001;

2. Counsel for Defendant need additional time to investigate the facts, research the law applicable to the allegations of the complaint and prepare an answer or other pleading;

3. Defendant has not previously requested such an extension of time to serve its answer or other responsive pleading;

4. The Parties have agreed to the requested extension; and

5. In entering this Stipulation and Order, no Party waives any other claim, or defense thereto, that they may have cause to assert, other than the timeliness of the Defendant's response to the complaint.

FEB 02 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 727160/000021
DEPUTY CLERK

WHEREFORE, the Parties respectfully request that the Defendant be allowed an additional fifteen (15) days through and including February 16, 2001, within which to serve their answer or other responsive pleading.

This the 1st day of February, 2001.

Jack D. Elmquist, Esq.
ELMQUIST LAW OFFICES
2424 Centre Village
431 South Seventh Street
Minneapolis, Minnesota 55415
Bar No. 26608

Counsel for the Plaintiff

LARKIN, HOFFMAN, DALY & LINDGRERN, LTD.

Thomas J. Flynn, Esq.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
Telephone: (952) 835-3800
Bar No. 30570

NIXON PEABODY LLP
Harry J. Kelly, Esq.
401 Ninth Street, N.W.
Suite 900
Washington, D.C. 20004-2128
Telephone: (202) 585-8000

Counsel for the Defendant

::ODMA\PCDOCS\LIB1\649122\1

**ORDER**

The Court, upon the foregoing Stipulation and finding good cause to grant the requested relief, it is hereby

ORDERED, that the period for the Defendant to respond or otherwise answer the Complaint in this action shall be, and hereby is, extended through and including February 16, 2001, upon the terms set forth in the preceding Stipulation.

Dated: February 1, 2001

U.S. District Judge

::ODMA\PCDOCS\LIB1\649122\1