UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2778(JMR/FLN)

Lovering-Johnson, Inc. )
)
v. ) ORDER
)
Cottages of Martinsburg, Ltd. )

Defendant seeks to dismiss this case, alleging a variety of substantive and procedural defects.

The Court heard oral argument on May 31, 2001, at which time the parties agreed to a dismissal without prejudice. Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 7, 2001

JAMES M. ROSENBAUM
United States District Judge

JUN 11 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 11 2001
DEPUTY CLERK